Boris Avramski, Esq.
Nevada Bar No. 11350
MARATHON LAW GROUP, PLLC
2012 Hamilton Lane
Las Vegas, NV 89106
Tel.: 702-522-1808
Fax: 702-685-3625
Email: Boris@marathonlawgroup.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**STATE OF NEVADA**

| | |
|---|---|
| NICOLAS LIKINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MIKE AZCUNAGA, an individual; FERNANDO HERRERA, an individual; CITY OF NORTH LAS VEGAS, a political subdivision; DOES II through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-02398-JAD-NJK<br><br>**STIPULATION AND ORDER EXTENDING THE TIME TO FILE AN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Plaintiff, NICOLAS LIKINS, Defendants, MIKE AZCUNAGA, FERNANDO HERRERA, and CITY OF NORTH LAS VEGAS, by and through their undersigned counsel, hereby stipulate and agree to extend the time for Plaintiff to file an opposition to Defendants' Motion for Summary Judgment:

1. Defendants file their Motion for Summary Judgment on July 30, 2025 ("Motion").

2. The Motion is 32 pages long and is accompanied by numerous exhibits A through V.

3. Pursuant to LR7-2(b) the deadline for Plaintiff to file a response to the Motion is August 20, 2025.

4. Plaintiff's counsel's schedule does not allow him to adequately review and respond to the Motion in the time allowed under LR 7-2(b).

5. Plaintiff's counsel has determined that he needs an additional 14 days to adequately review and respond to the Motion.

6. Neither party will be prejudiced by the extension.

7. This stipulation to extend the time for Plaintiff to file a response to the Motion is not entered into for the purpose of a delay.

DATED: this ___ day of August 2025

MARATHON LAW GROUP, PLLC

/s/*Boris Avramski*
Boris A, Avramski
Nevada Bar No. 11350
2012 Hamilton Lane
Las Vegas, NV 89106
*Attorneys for Plaintiff*

DATED: this ___ day of August 2025

NORTH LAS VEGAS CITY ATTORNEY

/s/
Madison P. Zornes-Vela, Esq.
Nevada Bar No. 13626
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
*Attorneys for Defendants*

## ORDER

Based on the foregoing stipulation and good cause appearing:

**IT IS HEREBY ORDERED** that Plaintiff shall file an opposition to Defendants' Motion for Summary Judgment on or before September 3, 2025.

Dated: August 15, 2025

_____
Jennifer A. Dorsey
United States District Judge